# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

STRAUSSER ENTERPRISES, INC.    :   No. 530 MAL 2016
: 
     Respondent    :   Petition for Allowance of Appeal from
     :   the Order of the Superior Court
     v.    :
: 
SEGAL AND MOREL, INC., SEGAL AND   :
MOREL AT FORKS TOWNSHIP II, LLC,   :
SEGAL AND MOREL AT FORKS   :
TOWNSHIP III, LLC, SEGAL AND MOREL   :
AT FORKS TOWNSHIP IV, LLC AND   :
KENNETH SEGAL,   :
: 
     Petitioners    :
: 
: 
: 

STRAUSSER ENTERPRISES, INC.,    :   No. 531 MAL 2016
: 
     Respondent    :   Petition for Allowance of Appeal from
     :   the Order of the Superior Court
     v.    :
: 
SEGAL AND MOREL, INC., SEGAL AND   :
MOREL AT FORKS TOWNSHIP II, LLC,   :
SEGAL AND MOREL AT FORKS   :
TOWNSHIP III, LLC, SEGAL AND MOREL   :
AT FORKS TOWNSHIP IV, LLC AND   :
KENNETH SEGAL,   :
: 
     Petitioners    :
: 
: 

STRAUSSER ENTERPRISES, INC.,    :   No. 532 MAL 2016
: 
     Respondent    :   Petition for Allowance of Appeal from
     :   the Order of the Superior Court
     v.    :
: 
SEGAL AND MOREL, INC, SEGAL AND   :
MOREL AT FORK TOWNSHIP II, LLC,   :

SEGAL AND MOREL AT FORK         :
TOWNSHIP III,LLC, SEGAL AND MOREL   :
AT FORK TOWNSHIP IV,LLC, AND      :
KENNETH SEGAL,              :
                          :
    Petitioners       :
                          :
                          :

# **ORDER**

**PER CURIAM**

  **AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.